FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:51 pm, Jun 26, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| YVES SANTAIS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-55 |
| v. | * | |
| CORECIVIC, INC.; CAPTAIN MALCOLM JONES; LINDA WALKER; and MS. BILTING, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 16.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendant CoreCivic, Inc.  Plaintiff's claims against Defendants Jones, Walker, and Bilting remain pending.  Dkt. No. 17.

SO ORDERED, this 26 day of June, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)