

FILED
John E. Triplett, Acting Clerk
United States District Court

By Crobinson at 11:39 am, Dec 07, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| YVES SANTAIS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-55 |
| | * | |
| v. | * | |
| | * | |
| CAPTAIN MACLOM JONES; LINDA | * | |
| WALKER; and MS. BILTING, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is the Magistrate Judge's November 17, 2020 Report and Recommendation, dkt. no. 25, to which Plaintiff Yves Santais ("Santais") has filed Objections, dkt. no. 27. In his Objections, Santais largely reiterates the arguments contained in his Motion for Temporary Restraining Order. Though responsive, the Objections are without merit.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Santais' Objections. Consequently, the Court **DENIES** Santais' Motion for Temporary

Restraining Order.

    **SO ORDERED**, this _____7_____ day of _____December_____ , 2020.

                                      _____

                                      HON. LISA GODBEY WOOD, JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)